UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| BRANDI LYNN GALLOWAY, | Civil No. 6:18-CV-00982-MC |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Commissioner will:

- Consider new evidence and offer the claimant the opportunity for a hearing;

- Reassess, with the assistance of a medical expert, if necessary, the nature and severity of the claimant's impairments;

- Reevaluate the medical opinions of record, including those of Dr. Taubenfeld and Mr. Jones;

- Reassess the claimant's residual functional capacity;

- Proceed with the sequential evaluation, as necessary; and

- Issue a new decision.

The claimant shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

The clerk shall enter judgment accordingly.

///

Page 1   ORDER - [6:18-CV-00982-MC]

IT IS SO ORDERED this 25th day of July, 2019.

                                                      U.S. DISTRICT JUDGE MCSHANE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Alexis L. Toma
ALEXIS L. TOMA
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2950